IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL NICHOLAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA ET AL.,<br><br>　　　　Defendants.　　　　　　　／ | No. C 12-05392 CRB<br><br>**JUDGMENT** |

　　　The Court, having granted Defendants' Motion to Dismiss with prejudice, enters judgment in favor of Defendants and against Plaintiff.

　　　**IT IS SO ORDERED.**

Dated: March 8, 2013

　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\5392\Judgment.wpd